27144. UNITED STATES FIDELITY AND GUARANTY COMPANY *et al.* *v.* SKINNER.

SUTTON, J. The Supreme Court having reversed the decision and judgment of this court in this case (59 *Ga. App.* 82), that judgment is hereby vacated and set aside. Accordingly, the judgment of the superior court, affirming the award of the Industrial Board, is reversed, because the evidence demanded a finding that the injury to the deceased employee did not arise out of and in the course of his employment, within the meaning of the Georgia Workmen's Compensation Law. *United States Fidelity & Guaranty Co.* v. *Skinner*, 188 *Ga.* 823 (5 S. E. 2d, 9).

*Judgment reversed. Stephens, P. J., and Felton, J., concur.*

DECIDED OCTOBER 25, 1939.

*Abrahams, Bouhan, Atkinson & Lawrence,* for plaintiffs in error.
*Edward F. Taylor, William H. Sanders,* contra.